## BEEBE ET AL. *vs.* THE REAL ESTATE BANK.

HELD, as in *Gray et al. vs. Same, ante,* that, in a suit on a bill or note, a plea *puis darrein continuance,* that since suit commenced the plaintiff has transferred to another the legal interest in the bill or note, is a good bar.